IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**VINTAGE VERANDAH, INC.** **PLAINTIFF**

VS. 4:04CV00066-WRW

**MASTERCRAFT INTERNATIONAL, INC. and**
**WAL-MART STORES, INC.** **DEFENDANTS**

**MASTERCRAFT INTERNATIONAL, INC.** **CROSS-CLAIMANT**

VS.

**VINTAGE VERANDAH, INC.** **CROSS-DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff, Vintage Verandah's claims be DISMISSED WITH PREJUDICE; and Cross-Claimant, Mastercraft International's claim be DISMISSED WITH PREJUDICE. Judgment against Vintage Verandah in favor of Mastercraft International is entered in the amount of $4,700.00 for royalties under the licensing agreement; plus interest to the extent authorized by 31 U.S.C. § 1304.

IT IS SO ORDERED AND ADJUDGED this 15th day of December, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE